IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY JOSEPH HENNEBERRY,<br><br>Defendant. | CR 21-102-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea hearing currently scheduled for Thursday, January 27, 2022 at 9:30 a.m. is **VACATED** and **RESET** to commence on **Thursday, February 3, 2022 at 9:30 a.m. VIA VIDEO from the Big Horn County Jail.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1